UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. RAMOS,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES R. MCHENRY III,<br>Acting Attorney General,[1]<br><br>   Defendant. | Civil Action No. 22-1143 (DLF) |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER

Defendant James R. McHenry III, in his official capacity as Acting Attorney General for the United States Department of Justice, the parent agency of which the Federal Bureau of Investigation ("Defendant" or the "FBI") is a component, through undersigned counsel, respectfully opposes Plaintiff Laura Ramos's motion for an order, ECF No. 53.

When Plaintiff filed this motion, Plaintiff stated that she intended to move to file a second amended complaint, but she had not yet filed the motion. She asked the Court to defer ruling on Defendant's currently pending motion for judgment on the pleadings until after she has had a chance to file her motion. She stated that her current amended complaint is not deficient; however, if it were not, there would be no need to file a second amended complaint. It is further telling that Plaintiff has now moved to file a second amended complaint only after Defendant filed a motion for judgment on the pleadings, and not at any time in the more than two and a half years since she brought this action.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), James R. McHenry III is automatically substituted as the defendant in this case for his predecessor.

Regardless, how the Court resolves matters before it is within the Court's discretion. Currently, there is a fully briefed, pending motion for judgment on the pleadings before the Court. Additionally, Defendant has also moved for summary judgment before Plaintiff moved to file a second amended complaint. Thus, two motions have been filed—one fully briefed—before Plaintiff filed her motion for leave to amend. Defendant opposes Plaintiff's motion, but it is the Court's discretion to choose how to resolve the matters before it.

| | |
|---|---|
| Date:  January 28, 2025<br>         Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   */s/ Sam Escher*  <br>      SAM ESCHER, D.C. Bar #1655538<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2531<br>      Sam.Escher@usdoj.gov<br><br>*Attorneys for the United States of America* |