UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1143 DLF |
| ) | |
| MERRICK GARLAND, in his official ) | |
| capacity as ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER AGREEING TO RESOLVE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT PRIOR TO RESOLVING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff respectfully requests the Court resolve her Motion to Amend the Complaint, which was filed on Sunday, January 27, 2025, prior to resolving Defendant's Motion for Judgment on the Pleadings in the interests of judicial efficiency. Defendant filed a highly misleading Opposition. We respond briefly.

Plaintiff filed her Motion to Amend the Complaint to incorporate the results of the limited discovery she conducted prior to counsel for the FBI sending an *ex parte* email regarding discovery. The FBI took advantage of the court-ordered stay of discovery to further delay this litigation by filing a Motion for Judgment on the Pleadings, which prevented Ramos from completing her discovery.

The FBI's representation that the FBI "moved for summary judgment before Plaintiff moved to file a second mended complaint" is very misleading, particularly since Ramos fully explained in her Motion the reasons beyond her control that caused the delay in filing her Motion to Amend.

1

While the FBI did file its Motion for Summary Judgment on Friday, January 26, 2025, the FBI failed to comply with the Court's explicit order about filing matters UNDER SEAL. Plaintiff's counsel promptly sent an email to counsel for the FBI requesting copies of the FBI's Motion and Exhibits. The FBI did not respond until Monday January 29, 2025. The FBI emailed its pleadings and promised to send a CD containing its exhibits. The CD was empty and did not contain any of the FBI's exhibits. The FBI did not produce its exhibits until Wednesday, January 29, 2025.

Thus the FBI's filing on Friday, January 24, 2025 was defective. The FBI did not follow the Court's instructions and failed to serve plaintiff with a copy of its Motion for Summary Judgment when they were filed with the Court. Nor has the FBI provided plaintiff's counsel with any certificates of service, as required by the rules and this Court's Standard Order.

Thus, the FBI's insinuation that its Motion for Summary Judgment deserves priority as first filed is highly misleading, since the FBI's Motion was not properly or timely served. In fact, Ramos filed her Motion to Amend UNDER SEAL on Sunday, January 26, 2025 and served copies of this motion and attachments, including both versions of Plaintiff's Second Amended Complaint. Thus, Ramos' Motion was properly served **and** filed prior to the FBI's Motion for Summary Judgment.

Respectfully submitted,

　　/S/ John F. Karl, Jr.
John F. Karl, Jr. #292458
McDonald & Karl
1025 Connecticut Avenue, N.W. Suite 615
Washington, D.C. 20036
(202) 293-3200
jfk@jfklaw.org
Counsel for Plaintiff

                                           /s/ Kristen Grim Hughes   .
Kristen Grim Hughes, Bar No. 456171
Law Offices of Kristen Grim Hughes
1390 Chain Bridge Road, Suite 530
McLean, Virginia 22101
(703) 356-2629
kghughes@hotmail.com
Counsel for Plaintiff